```
EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI 2286
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:   Florence.Nakakuni@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00194-01 JMS |
| | ) | |
| Plaintiff, | ) | SENTENCING STATEMENT OF THE |
| | ) | UNITED STATES; CERTIFICATE |
| vs. | ) | OF SERVICE |
| | ) | |
| ALLEN HANAOKA, | ) | |
| | ) | Date:   3/9/06 |
| Defendant. | ) | Time:   2:15 p.m. |
| | ) | Judge:  J. Michael Seabright |
| _____ | ) | |

SENTENCING STATEMENT OF THE UNITED STATES

The United States has no comments or objections to the draft presentence report.

DATED:  January 27, 2006, at Honolulu, Hawaii.

```
                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By /s/ Florence T. Nakakuni
                                 FLORENCE T. NAKAKUNI
                                 Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at her last known address:

Served Electronically through CM/ECF:

    PAMELA J. BYRNE    pamela_byrne@fd.org    January 30, 2006
                                  christina_fuller@fd.org

    DATED: January 30, 2006, at Honolulu, Hawaii.

                                          /s/ Patricia L. Redondo