**ORIGINAL**

---

**THIS DOCUMENT FILED UNDER SEAL PURSUANT TO AMENDED GENERAL ORDER REGARDING GUIDELINE SENTENCING filed on August 22, 1990**

---

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE #1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      fpdhi@hotmail.com

Attorney for Defendant
ALLEN HANAOKA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 9 2006

at 11 o'clock and 30 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Cr. No. 05-00194-JMS |
|---|---|
| Plaintiff, | ) RESPONSE TO DRAFT PRESENTENCE REPORT; EXHIBIT A; CERTIFICATE OF SERVICE |
| vs. | |
| ALLEN HANAOKA, | ) DATE:    March 9, 2006 |
| Defendant. | ) TIME:    2:00 p.m. |
|  | ) JUDGE:   J. Michael Seabright |
|  | ) **[UNDER SEAL]** |



SEALED BY ORDER OF THE COURT